SEALED BY ORDER OF THE COURT

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2000

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00 00393 HG |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. §§ 841(a)(1) |
| DANIEL L. MILLER, ) | 841(b)(1)(B) and 846] |
| ) | (01) |
| Defendant. ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about April 15, 2000, through and including April 21, 2000, in the District of Hawaii, and elsewhere,

**DANIEL MILLER**

defendant herein, did willfully and unlawfully conspire together with Henry Lani and Lance Ka'ilimai, and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute in excess of 500 grams of cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

It was the object of the aforesaid conspiracy to possess Cocaine for distribution in Hawaii.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendant performed overt acts in the District of Hawaii which include, but are not limited to, the following:

1. On or about April 15, 2000, Lance Ka'ilimai ("Ka'ilimai"), on behalf of Daniel Miller ("MILLER") discussed with an undercover officer the possibility of purchasing a kilogram of cocaine.

2. On or about April 17, 2000, MILLER arrived at a prearranged location to discuss with an Undercover Officer MILLER's purchase of a kilogram of cocaine.

3. On or about April 21, 2000, MILLER contacted Henry Lani ("Lani") and directed him to meet MILLER at a friend's house.

4. On or about April 21, 2000, MILLER offered Lani $300 to assist MILLER in the purchase of a kilogram of cocaine.

5. On or about April 21, 2000, MILLER gave Ka'ilimai $22,000 for the purchase of a kilogram of cocaine.

All in violation of Title 21, United States Code, Section 846.

COUNT 2:

The Grand Jury further charges that:

On or about April 21, 2000, within the District of Hawaii, **DANIEL MILLER**, did knowingly and intentionally attempt to possess with intent to distribute in excess of 500 grams of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

DATED: Sept. 27, 2000, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Daniel Miller
"Indictment"
Cr. No. _____

3