IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 00-00393HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| DANIEL MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    I, CHRIS A. THOMAS, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt the Government's sentencing exhibit 1.

DATED:  Honolulu, Hawaii, _____8/30/06_____.


_____Pat Redmond_____
Signature

Attorney for: UNITED STATES OF AMERICA